

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,007-01

**EX PARTE HENRY WESLEY MOLINA, JR., Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 774772-A IN THE 208TH DISTRICT COURT
## FROM HARRIS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to sixty years' imprisonment. The First Court of Appeals affirmed his conviction. *Molina v. State*, No. 01-98-01285-CR (Tex. App.—Houston [1st Dist.] Oct. 28, 1999) (not designated for publication).

Applicant contends that his trial counsel rendered ineffective assistance because counsel failed to object to the prosecutor's statements on the use of deadly force; failed to file a motion *in*

*limine* and object to opinion testimony; failed to object to testimony that Applicant was assigned to an alternative learning center; and, failed to investigate that the State had a recording of a defense witness before calling her as a witness.

On February 17, 2015, the trial court made findings of fact and conclusions of law. The trial court recommended that relief be granted.

The trial court made findings that counsel's performance was deficient and, but for counsel's errors, the proceeding would be different. The trial court's findings are not supported by the record.

Based on this Court's independent review of the entire record, we deny relief.

Delivered: November 25, 2015

Do not publish